## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF ALASKA, )
)
    Plaintiff, )
)
    and )
)
ALASKA FOREST ASSOCIATION, *et al.* )
)
    Intervenor-Plaintiffs, )
)
    v. )    **Civil Case No. 11-1122 (RJL)**
)
UNITED STATES DEPARTMENT OF )
AGRICULTURE, *et al.*, )
)
    Defendants )
)
    and )
)
SOUTHEAST ALASKA CONSERVATION )
COUNCIL, *et al.*, )
)
    Intervenor-Defendants. )

## ORDER

(March 21st, 2013) [Dkts. ##45, 46]

For the reasons set forth in the Memorandum Opinion entered this 21st day of

March 2013, it is hereby

**ORDERED** that the federal defendants' Motion to Dismiss [Dkt. #45] is

**GRANTED**; and it is further

1

**ORDERED** that the intervenor defendants' Motion to Dismiss [Dkt. #46] is

**DENIED** as **MOOT**.

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge